I undersigned, Artur Kamyshyan owner of Linx Studio Inc., am requesting extension in filing an Answer in the case 2:20-CV-01339-SVW-SK due to inability to retain proper legal counsel due to the ongoing COVID-19 related restrictions. Initially I attempted to try and manage this case on my own and contacted the attorney for the plaintiff several times but have received no reply. At this time I would like to retain legal counsel to properly defend myself. I am humbly requesting the extension so I can hire proper counsel.

Artur Kamyshyan
05-01-2020

FILED
CLERK, U.S. DISTRICT COURT

MAY - 4 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Ventura__  )

On __05-01-2020__ before me, __Liana Ruiz__,
Date                                Here Insert Name and Title of the Officer

personally appeared __ARTUR RAMYSHYAN__
Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

[Notary Seal: LIANA RUIZ, Notary Public - California, Ventura County, Commission # 2317944, My Comm. Expires Jan 7, 2024]

Place Notary Seal Above

——————— OPTIONAL ———————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____  Document Date: __05-01-2020__
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____                         Signer's Name: _____
☐ Corporate Officer — Title(s): _____       ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General              ☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact             ☐ Individual   ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator       ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____                              ☐ Other: _____
Signer Is Representing: _____               Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

USPS Priority Mail shipping label

**FROM:**
Linx Studio Inc.
Artur Kamyshyan
2401 Eastman Ave.
Oxnard, CA 93030

**TO:**
Ronald Re[...]
Federal Building and U.S.[...]
ATTN: Clerks Office – Civi[...]
411 West 4th St, Rm 105[...]
Santa Ana, CA 92701-[...]

Shipping label:
- USPS Priority Mail 2-Day
- $10.90 US Postage Paid
- Origin: 93036, 05/01/20
- Expected Delivery Day: 05/04/20
- 0 Lb 1.80 Oz
- SHIP TO: 411 W 4TH ST, SANTA ANA CA 92701-4500
- USPS Tracking: 9510 8140 2227 0122 4804 66

Stamp: CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION, CLERK U.S. DISTRICT COURT, MAY - 4 2020, BY DEPUTY

SVW