Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
 ELLIOT MCGUCKEN,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ELLIOT MCGUCKEN, | Case No. 2:20-cv-01339-SVW-SK |
|---|---|
| Plaintiff, | **DECLARATION OF RYAN E. CARREON** |
| v. | |
| LINX STUDIO, INC.; ARTHUR KAMYSHYAN; and DOES 2-10, inclusive, | |
| Defendant. | |

1
**DECLARATION OF RYAN E. CARREON**

# DECLARATION OF RYAN E. CARREON

I, Ryan E. Carreon, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am the attorney for Plaintiff Elliot McGucken in the above captioned action.

2. I make this Declaration in support of McGucken's response to the Order to Show Cause issued on May 4, 2020. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify as follows:

3. On February 2, 2020, McGucken filed the instant lawsuit naming Linx Studio Inc. as the sole Defendant.

4. On February 11, 2020, Linx Studio was served through its agent.

5. Shortly thereafter, I began corresponding with Arthur Kamyshyan who is the owner of Linx Studio Inc.

6. Thereafter, McGucken decided to amend his Complaint as a matter of course pursuant to Federal Rules of Civil Procedure (a)(1)(A) to add Kamyshyan as an individual defendant, and an amended complaint was filed on March 4, 2020.

7. Kamyshyan was subsequently served on March 12, 2020.

8. On March 31, 2020, McGucken filed a request that the deadline for Defendants to respond be extended until May 2, 2020, in order to Defendants to retain counsel, which was subsequently granted.

9. On May 1, the day before Defendants' response was to be due, Kamyshyan contacted me and stated that he had mailed a document to the Court requesting a further extension of time to respond.

10. I was unaware of this filing and requested a copy, which Kamyshyan provided.

11. Attached hereto as Exhibit A is a true and correct copy of the email correspondence between myself and Kamyshyan.

12. Subsequently, on May 4, 2020 the Court docketed Defendants' Request for an Extension of Time.

13. That same day the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution.

14. As of the date of this Response, Defendants' request for an extension appears to have been received by the Clerk, but the Court has not yet ruled on the requested extension.

15. Because Defendants have made an apparently timely request for an extension, and because the Court has yet to rule on the requested extension, McGucken has not filed for default.

16. Furthermore, I do not believe requesting default would be appropriate at this time since it would likely be mooted or rejected if the Court grants Defendants' request for an extension.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this May 11, 2020, at Santa Ana, California.

_____
Ryan E. Carreon

3
**DECLARATION OF RYAN E. CARREON**