# Exhibit "A"

**From:** **Arthur Kamyshyan** arthur@linxstudioinc.com
**Subject:** Re: McGucken v. Linx et al
**Date:** May 1, 2020 at 5:50 PM
**To:** Ryan Carreon  rcarreon@higbeeassociates.com



Ok thank you. Sorry just very new and learning about the process as I did try to reach the clerks office and had no luck until today.

On Fri, May 1, 2020 at 5:46 PM Ryan Carreon <rcarreon@higbeeassociates.com> wrote:
> Thank you. In the future, you are required to serve all filings.

On Fri, May 1, 2020 at 5:10 PM Arthur Kamyshyan <arthur@linxstudioinc.com> wrote:
> Sure thing. Here is a quick image I had taken of the papers I submitted according to what I was able to find online. Just asking for an extension.



I undersigned, Artur Kamyshyan owner of Linx Studio Inc., am requesting extension in filing an Answer in the case 2:20-CV-01339-SVW-SK due to inability to retain proper legal counsel due to the ongoing COVID-19 related restrictions. Initially I attempted to try and manage this case on my own and contacted the attorney for the plaintiff several times but have received no reply. At this time I would like to retain legal counsel to properly defend myself. I am humbly requesting the extension so I can hire proper counsel.

Artur Kamyshyan
05-01-2020

